[Civ. No. 7502. First Appellate District, Division Two.—March 19, 1931.]

V. C. SOLOMON, Respondent, v. JOE FRANCO et al., Appellants.

680

R. V. Bressani and John M. Burnett for Appellants.

Wayne R. Millington for Respondent.

THE COURT.— ▉ The respondent having in open court consented to remit all the judgment above the sum of $249, and it appearing to the court that there is nothing involved in the appeal except the question of the sufficiency of the evidence, and it further appearing that the evidence is fully sufficient to support a judgment in that amount, the judgment is modified to read $249 and as so modified is affirmed, respondent to recover costs.